## AFFIDAVIT OF DUE DILIGENCE - ATTEMPTS TO LOCATE AND/OR SERVE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Index/Case #:   CV-19-4604

Court Date:
Filing Date:
Client: Alexander Poole & Company, Inc.
Attorney:

---

Colony Insurance Company

vs                                          *Plaintiff*

Jorge Veliz, et al

*Defendant*

---

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

_____Husam Al-Atrash_____, being duly sworn, deposes and says: that deponent is not a party to this action, is over the age of eighteen (18) years and resides in the State of New York ; deponent attempted to serve the within Civil Cover Sheet, Summons in a Civil Action & Complaint Rule 7.1 Statement with Exhibits

Upon _____Jorge Veliz_____
the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts
at: 35-38 102nd Street Apt 2, Corona , NY 11368

deponent was unable to effect process upon the person being served because of the following reason(s):

10/14/2019 11:19:00 35-38 102nd Street Apt 2, Corona , NY 11368 NOT KNOWN AS PER "JANE DOE", FEM, BRN, BRN/GRAY HAIR, 50 YRS, 5'5, 165 LBS.

Sworn to before me on _____November 11, 2019_____

PATRICIA ROTHFRITZ
NOTARY PUBLIC STATE OF NEW YORK
NO. 01R06055503, QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES FEBRUARY 26, 2023

Husam Al-Atrash

Lic# 1279639
JobID 1939262
Client ID 1939365

*ALEXANDER POOLE & COMPANY, INC.*